IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No.   09–cv–01888–REB–BNB

THE SATER DESIGN COLLECTION, INC.,

      Plaintiff,

v.

MICHAEL G. CAMPBELL, and
LAURA D. CAMPBELL,

      Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulation for Voluntary Dismissal with Prejudice** [#9] filed October 6, 2009.  After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation for Voluntary Dismissal with Prejudice** is **APPROVED** [#9] filed October 6, 2009; and

2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated October 6, 2009, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge